**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **AVCtechnologies USA, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3428886** | |
| 4. | **Debtor's address** | **Principal place of business** **1720 Peachtree Road, Suite 629** **Atlanta, GA 30309** Number, Street, City, State & ZIP Code **Fulton** County | **Mailing address, if different from principal place of business** **4880 Lower Roswell Rd., Suite 165-#129** **Marietta, GA 30068** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://avctechnologies.com/** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **AVCtechnologies USA, Inc.**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5611**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☑ Yes.

Debtor  **AVCtechnologies USA, Inc.**                                    Case number (*if known*)
      Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor **See Annex 1** | | Relationship |
| District **Delaware** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
        Contact name  _____
        Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors[1]**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets[2]**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities[3]**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

[1] **The Debtors' estimated assets, liabilities & number of creditors are provided on a consolidated basis.**
[2] **Estimated value of assets based on latest 10-Q filed on November 14, 2022.**
[3] **Estimated value of liabilities based on latest 10-Q filed on November 14, 2022.**

Debtor **AVCtechnologies USA, Inc.**  Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/11/2023**
              MM / DD / YYYY

X  */s/ Kevin J. Keough*                          **Kevin J. Keough**
   Signature of authorized representative of debtor   Printed name

   Title  **Chief Executive Officer**

**18. Signature of attorney**

X  */s/ Patrick J. Reilley*                       Date  **01/11/2023**
   Signature of attorney for debtor                     MM / DD / YYYY

   **Patrick J. Reilley**
   Printed name

   **Cole Schotz P.C.**
   Firm name

   **500 Delaware Avenue, Suite 1410**
   **Wilmington, DE 19801**
   Number, Street, City, State & ZIP Code

   Contact phone  **302-652-3131**    Email address  **preilley@coleschotz.com**

   **No. 4451 DE**
   Bar number and State

# ANNEX 1

## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| | **Debtors** | **Federal Employer Identification Number** |
|---|---|---|
| 1. | American Virtual Cloud Technologies, Inc. | 81-2402421 |
| 2. | AVCtechnologies USA, Inc. | 85-3428886 |
| 3. | Kandy Communications LLC | 82-5415853 |

# UNANIMOUS WRITTEN CONSENT
# OF THE
# BOARD OF DIRECTORS
# OF
# AVCTECHNOLOGIES USA, INC.

## January 9, 2023

The undersigned, being all of the members of the Board of Directors (the "**Board**"), of AVCtechnologies USA, Inc., a Delaware corporation (the "**Company**"), and acting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware, 8 *Del. C*. §§ 101 *et seq.*, DO HEREBY CONSENT TO, and DO HEREBY ADOPT, the following resolutions by consent in lieu of a meeting:

**WHEREAS**, the Board has surveyed potential restructuring options for the Company and considered presentations by management and the advisors to the Company regarding the assets, liabilities and short- and long-term liquidity situation of the Company, and the impact of the foregoing on the Company's business, prospects and enterprise value;

**WHEREAS**, the Board had the opportunity to consult with and ask questions of the management, the legal and financial advisors and other consultants to the Company, and has fully considered each of the strategic alternatives available to the Company;

**WHEREAS**, in the judgment of the Board, after consulting with the management, legal and financial advisors of, and other consultants to, the Company, it is desirable and in the best interests of the Company, its creditors, its equity holders and other parties in interest, that the Company file or cause to be filed forthwith a voluntary petition for relief (such voluntary petition commencing a "**Chapter 11 Case**") under Chapter 11 of the United States Bankruptcy Code (Title 11 of the United States Code) (the "**Bankruptcy Code**");

## Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file or cause to be filed forthwith a Chapter 11 Case under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and it be

**FURTHER RESOLVED**, that Kevin J. Keough, Thomas H. King, Adrian Foltz or any other authorized officer (or their designees and delegates) of the Company (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action that any one or more deem necessary or proper to obtain such relief, including, without limitation, any action

necessary to maintain the ordinary course operation of the Company's business or to successfully prosecute the Chapter 11 Case; and it be

**Retention of Professionals**

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Cole Schotz P.C. ("**Cole Schotz**"), as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Cole Schotz; and it be

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ SOLIC Capital Advisors, LLC and SOLIC Capital, LLC (collectively, "**SOLIC**"), as chief restructuring advisor and financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of SOLIC; and it be

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Northland Securities ("**Northland**"), as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Northland; and it be

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Kroll Restructuring Administration LLC ("**Kroll**"), as notice and claims agent as well as administrative, solicitation and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Kroll; and it be

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals that are reasonably necessary to assist the Company in carrying out its duties under the Bankruptcy Code and to advance the Company's rights and obligations; and in connection therewith, the

2

Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications, to the extent necessary, for authority to retain the services of any such additional professionals; and it be

**General**

**FURTHER RESOLVED**, that the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 11 Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it be

**FURTHER RESOLVED**, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it be

**FURTHER RESOLVED**, that any act or acts of the Company and/or its officers, directors or of any person or persons designated and authorized to act by an officer of the Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions, be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of the Company.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned directors have executed this Consent as of the date first written above.

| | |
|---|---|
| *Kevin Keough* | *Adrian Foltz* |
| Kevin J. Keough | Adrian Foltz |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> AMERICAN VIRTUAL CLOUD TECHNOLOGIES, INC., *et al.*, <br><br> Debtors.¹ | Chapter 11 <br><br> Case No. 23-[●] (●) <br><br> (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, as of January 9, 2023:

1. No corporate entity directly or indirectly owns 10% or more of any class of American Virtual Cloud Technologies, Inc.'s ("AVCT") equity interests;

2. AVCT owns 100% of the equity interest in AVCtechnologies USA, Inc. ("AVCT USA"); and

3. AVCT USA owns 100% of the equity interest in Kandy Communications LLC.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVCtechnologies USA, Inc. (8886), and Kandy Communications LLC (5853). Each Debtor's corporate headquarters is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: American Virtual Cloud Technologies, Inc., *et al.* | |
| United States Bankruptcy Court for the: District of Delaware | ☐ Check if this is an amended filing |
| Case number (if known): 23- _____(__) | |

Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | ORION INNOVATION AG<br>ATTN: JEFFREY ROBINSON & IGOR PIRUYAN<br>SUURSTOFFI 37<br>ROTKREUZ 6343<br>SWITZERLAND | ORION INNOVATION AG<br>ATTN: JEFFREY ROBINSON & IGOR PIRUYAN<br>EMAIL: JEFFREY.R@ORIONINC.COM;<br>IP@ORIONINC.COM | SERVICE VENDOR AND NOTEHOLDER | | | | $2,355,141 |
| 2 | RIBBON COMMUNICATIONS OPERATING COMPANY INC<br>ATTN: PATRICK MACKEN<br>4 TECHNOLOGY PARK DR.<br>WESTFORD, MA 01886 | RIBBON COMMUNICATIONS OPERATING COMPANY INC<br>ATTN: PATRICK MACKEN<br>PHONE: 877-412-8867<br>EMAIL: PMACKEN@RBBN.COM | SERVICE VENDOR AND SETTLEMENT AGREEMENT | | | | $1,539,919 |
| 3 | ERNST & YOUNG LLP<br>ATTN: ALEX ZULUAGA<br>200 PLAZA DRIVE<br>SECAUCUS, NJ 07094 | ERNST & YOUNG LLP<br>ATTN: ALEX ZULUAGA<br>PHONE: 203-240-3119<br>FAX: 201-872-2642<br>EMAIL: ALEX.ZULUAGA@EY.COM | UNPAID PROFESSIONAL FEES | | | | $902,054 |
| 4 | QXIP BV<br>ATTN: ANTON CHERNENKO<br>POSTBUS 67077<br>AMSTERDAM, NORTH HOLLAND<br>NETHERLANDS | QXIP BV<br>ATTN: ANTON CHERNENKO<br>EMAIL: ANTON@QXIP.NET | SERVICE VENDOR | | | | $146,658 |
| 5 | FIVE9 INC<br>ATTN: GENERAL COUNSEL<br>4000 EXECUTIVE PARKWAY #400<br>SAN RAMON, CA 94583 | FIVE9 INC<br>ATTN: GENERAL COUNSEL<br>PHONE: 925-201-2000<br>FAX: 925-469-0598<br>EMAIL: BILLING@FIVE9.COM | SERVICE VENDOR | | | | $102,445 |
| 6 | INTELEPEER CLOUD COMMUNICATIONS LLC<br>ATTN: LEGAL<br>177 BOVET RD, SUITE 400<br>SAN MATEO, CA 94402 | INTELEPEER CLOUD COMMUNICATIONS LLC<br>ATTN: LEGAL<br>PHONE: 877-336-9171<br>EMAIL: CONTRACTS@INTELEPEER.COM | SERVICE VENDOR | | | | $49,687 |
| 7 | VIDYO INC<br>ATTN: GENERAL COUNSEL<br>433 HACKENSACK AVENUE<br>7TH FLOOR<br>HACKENSACK, NJ 07601 | VIDYO INC<br>ATTN: GENERAL COUNSEL<br>PHONE: 201-289-8597<br>EMAIL: RON.SINGH@ENGHOUSE.COM | SERVICE VENDOR | | | | $25,000 |
| 8 | CALIAN CORP<br>ATTN: RICHARD WEDEL<br>840 W. SAM HOUSTON PKWY N.<br>SUITE 420<br>HOUSTON, TX 77024 | CALIAN CORP<br>ATTN: RICHARD WEDEL<br>EMAIL: RICHARD.WEDEL@CALIAN.COM | SERVICE VENDOR | | | | $18,154 |
| 9 | RADISYS CORPORATION<br>ATTN: LISA WALKER & AL BALASCO<br>8900 NE WALKER ROAD, SUITE 130<br>HILLSBORO, OR 97006 | RADISYS CORPORATION<br>ATTN: LISA WALKER & AL BALASCO<br>PHONE: 503-615-1100<br>FAX: 503-615-1115<br>EMAIL: LISA.WALKER@RADISYS.COM;<br>AL.BALASCO@RADISYS.COM | SERVICE VENDOR | | | | $16,768 |
| 10 | EQUINIX INC<br>ATTN: MATTHEW M MONACO<br>ONE LAGOON DR.<br>REDWOOD CITY, CA 94065 | EQUINIX INC<br>ATTN: MATTHEW M MONACO<br>PHONE: 650-598-6000<br>EMAIL: REMITTANCE-AMER-NA@EQUINIX.COM | SERVICE AND SPACE PROVIDER VENDOR | | | | $13,035 |
| 11 | PRAECIPIO CONSULTING LLC<br>ATTN: MIKE FASTER, PRESIDENT<br>1057 COCHRANE RD.<br>STE 160 PMB 1017<br>MORGAN HILL, CA 95037 | PRAECIPIO CONSULTING LLC<br>ATTN: MIKE FASTER, PRESIDENT<br>EMAIL: OFFICE@COYOTECREEK.COM | SERVICE VENDOR | | | | $11,924 |
| 12 | PENGUIN STRATEGIES<br>ATTN: AYELET ZAK<br>360 S. KIELY BLVD<br>SUITE 250<br>SAN JOSE, CA 95129 | PENGUIN STRATEGIES<br>ATTN: AYELET ZAK<br>EMAIL: AYELET@PENGUINSTRATEGIES.COM | SERVICE VENDOR | | | | $10,500 |

Debtor: American Virtual Cloud Technologies, Inc., *et al.*     Case number (if known): 23-_____(___)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | SMARTYSTREETS LLC<br>ATTN: JONATHAN OLIVER, PRESIDENT<br>2335 S STATE ST.<br>SUITE 300<br>PROVO, UT 84604 | SMARTYSTREETS LLC<br>ATTN: JONATHAN OLIVER, PRESIDENT<br>PHONE: 877-216-8883<br>FAX: 801-228-2406<br>EMAIL: SUPPORT@SMARTYSTREETS.COM | SERVICE VENDOR | | | | $10,000 |
| 14 | DELINEA INC.<br>ATTN: TREVOR SIEBURGH<br>1101 17TH STREET, N.W.<br>SUITE 1200<br>WASHINGTON, DC 20036 | DELINEA INC.<br>ATTN: TREVOR SIEBURGH<br>PHONE: 202-802 9399<br>FAX: 202-315-3315<br>EMAIL: TREVOR.SIEBURGH@THYCOTIC.COM | SERVICE VENDOR | | | | $7,665 |
| 15 | INTRADO LIFE & SAFETY INC<br>ATTN: BETH MEEK<br>11808 MIRACLE HILLS DRIVE<br>OMAHA, NE 68154 | INTRADO LIFE & SAFETY INC<br>ATTN: BETH MEEK<br>PHONE: 402-963-1200<br>FAX: 402-963-1600<br>EMAIL: LEGALNOTICES.LIFESAFETY@INTRADO.COM | SERVICE VENDOR | | | | $7,245 |
| 16 | ALIEN LICENSING GMBH<br>ATTN: RAFAEL TORREBLANCA<br>BAHNHOFSTRASSE 32<br>ZUG 6300<br>SWITZERLAND | ALIEN LICENSING GMBH<br>ATTN: RAFAEL TORREBLANCA<br>EMAIL: RAFAEL.TORREBLANCA@ACROBITS.NET | SERVICE VENDOR | | | | $7,194 |
| 17 | SYNOPTEK LLC<br>ATTN: VANESSA NOVAK, CORPORATE COUNSEL<br>412 E PARKCENTER BLVD<br>SUITE 300<br>BOISE, ID 83706 | SYNOPTEK LLC<br>ATTN: VANESSA NOVAK, CORPORATE COUNSEL<br>PHONE: 208-422-9100<br>FAX: 208-472-7778<br>EMAIL: VNOVAK@SYNOPTEK.COM | SERVICE VENDOR | | | | $5,294 |
| 18 | CALIAN LTD.<br>ATTN: ADAM SMITH<br>770 PALLADIUM DRIVE<br>4TH FLOOR<br>KANATA, ON K2V 1C8<br>CANADA | CALIAN LTD.<br>ATTN: ADAM SMITH<br>PHONE: 613-599-8600<br>FAX: 613-599-8650<br>EMAIL: A.SMITH@CALIAN.COM | TEMP AGENCY | | | | $4,584 |
| 19 | INNOVATIA INC.<br>ATTN: TARA FOSTER<br>ONE GERMAIN STREET<br>ATRIUM SUITES<br>SAINT JOHN, NB NB E2L 4V1<br>CANADA | INNOVATIA INC.<br>ATTN: TARA FOSTER<br>PHONE: 506-640-4000<br>FAX: 506-640-4422<br>EMAIL: TARA.FOSTER@INNOVATIA.NET | SERVICE VENDOR | | | | $2,462 |
| 20 | ESI HOSTED SERVICES LLC<br>ATTN: ERIC SUDER, PRESIDENT<br>3701 E. PLANO PARKWAY<br>PLANO, TX 75074-1806 | ESI HOSTED SERVICES LLC<br>ATTN: ERIC SUDER, PRESIDENT<br>PHONE: 972-422-9700<br>FAX: 972-422-9705<br>EMAIL: SCHOCHOLATY@ESI-ESTECH.COM | SERVICE VENDOR | | | | $788 |

**Fill in this information to identify the case:**

Debtor name     **AVCtechnologies USA, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  11, 2023**          X **/s/ Kevin J. Keough**
                                                              Signature of individual signing on behalf of debtor

                                                              **Kevin J. Keough**
                                                              Printed name

                                                              **Chief Executive Officer**
                                                              Position or relationship to debtor